IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gamble, Darnell | Case Number: 07 B 20014 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/4/08 | Filed: 10/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial Indiana Inc | Secured | 1,000.00 | 0.00 |
| 5. | Dell Financial Services, Inc | Secured | 500.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 1,800.00 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 4,500.00 | 0.00 |
| 8. | Indymac Bank | Secured | 18,616.35 | 0.00 |
| 9. | GMAC Mortgage Corporation | Secured | 20,500.00 | 0.00 |
| 10. | Internal Revenue Service | Priority | 1,337.92 | 0.00 |
| 11. | Wells Fargo Financial Indiana Inc | Unsecured | 775.15 | 0.00 |
| 12. | Capital One | Unsecured | 288.05 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 822.77 | 0.00 |
| 14. | Capital One | Unsecured | 256.91 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 180.36 | 0.00 |
| 16. | Capital One | Unsecured | 261.62 | 0.00 |
| 17. | Capital One | Unsecured | 294.95 | 0.00 |
| 18. | CLC Consumer Services | Unsecured | 351.56 | 0.00 |
| 19. | EMC Mortgage Corporation | Unsecured | 2,945.74 | 0.00 |
| 20. | LHR Inc | Unsecured | 75.54 | 0.00 |
| 21. | Cook County Treasurer | Unsecured | 41.06 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 79.15 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 20.62 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 25.85 | 0.00 |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | 160.50 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gamble, Darnell | | Case Number: 07 B 20014 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | | Filed: 10/29/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 27. | Citibank | Unsecured | | No Claim Filed |
| 28. | Oak Park Village Hall | Unsecured | | No Claim Filed |
| 29. | Credit Collection | Unsecured | | No Claim Filed |
| 30. | First Merchants Accept | Unsecured | | No Claim Filed |
| 31. | City Of Chicago | Unsecured | | No Claim Filed |
| 32. | Klaus And Julie Kohl | Unsecured | | No Claim Filed |
| 33. | Northshore Agency Inc | Unsecured | | No Claim Filed |
| 34. | Institute For Psychoanalysis | Unsecured | | No Claim Filed |
| 35. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |

$ 54,834.10                $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

